CASE NO. 05-14-01235-CV

IN THE

FIFTH COURT OF APPEALS

DALLAS, TEXAS

FILED IN
COURT OF APPEALS

MAR 1 1 2015

LISA MATZ
CLERK, 5th DISTRICT

DAVID ALAN SHEPHERD, Appellant

V.

LAWRENCE MITCHELL, Appellee

On appeal from the 134th Judicial District Court of
Dallas County, Texas, Case No. DC-10-07702, Honorable Judge Dale Tillery, presiding.

## MOTION FOR EXTENSION OF TIME AND ADVISORY TO COURT

TO THE HONORABLE JUDGES OF THE FIFTH COURT OF APPEALS:

Greetings: COMES NOW, David A. Shepherd, TDCJ-CID#00914828, your Appellant, proceeding in *pro se* on his own behalf and files this, his  and in support thereof, would respectfully show the Court as follows:

### I.

### Identity of the Parties

1. David Alan Shepherd, Appellant

2. Lawrence B. Mitchell, Appellee

3. Kenneth Stillman, Counsel of Record, Appellee

1

## ADVISORY TO COURT

Appellant is an incarcerated, indigent litigant, proceeding in this matter before the Court *pro se* and as a layman of the law. Appellant was sent a notice by the clerk of this court dated December 02, 2014, in which it advised Appellant that the clerk of the trial court was late in filing the Clerk's Record in this action Since that time Appellant received notice in regards to the Clerk's Record being filed and a copy was provided to him as he is indigent. However, after examining same, Appellant requested that several items missing be provided by supplementation of the record. The clerk of the district clerk filed the Supplementation of the Record on February 10, 2015.Appellant was not provided timely notice of same had been filed by the district clerk, nor was he provided with a free copy of said supplementation until today when a family member went on-line and determined by viewing the electronic docket of the Court in this matter that the Supplemental Clerk's Record was filed electronically on February 10, 2014. However, Appellant was never notified by the Clerk of this Court in this regard, officially by USPS, as required by the Texas Rules of Appellate Procedure.[1] Therefore, in an abundance of caution, Appellant's family went to the Dallas County District Clerk's Office official website and downloaded a copy of the Clerk's First Supplemental Record on Tuesday, February 12,2015 and sent said copy to Appellant to enable him to perfect the Appellant's Brief. This proceeding followed.

## II.

### Request for Extension of Time to File Appellant's Brief

In view of the foregoing facts, Appellant asserts he was aware that Appellant's Brief was originally due on February 17, 2015. Applicant sent a copy to the Court's dated February 17, 2015, the date he deposited it in the prison mail box to be forwarded by prison officials to the

---

[1] In the interim period, Appellant requested in writing that he be provided with a free copy of the supplemental record, which the Court granted on February 27, 2015, directing the clerk to prepare and send Applicant a free copy of the First Supplemental Record filed electronically on February 10, 2015.

clerk of this Court for filing. The court notified Appellant on February 18, 2015, that since his the Appellant's Brief was not filed on the 17th day of February, 2015, (See Appendix A), he had ten days to file this motion for extension of time along with Appellant's Brief, which he placed both a motion for extension of time as directed and a second copy of Appellant's Brief into the prison mail box on the 18th day of February, 2015, making it timely pursuant to Rule 38.8(a)(1). Applicant was told by his family, after contacting the Clerk of the Court on February 22, 2015 by phone, that the Court had still not received his Appellant's Brief and Motion for Extension of time, so, in an abundance of caution, Appellant sent a copy of Appellant's Brief along with his Motion for Extension of time by certified mail on February 23, 2015 (CM/RRR#95071000 19965054000252, (See Appendix B, copy of postal receipt dated February 23, 2015). On February 27, 2015 Appellant's family called the clerk of the Court who informed them his brief and motion for extension of time had not been received by the Clerk's Office. Appellant's family did a USPS inquiry tracking the brief and motion and attaches Appendix C, which show the brief and motion, were delivered on March 02, 2015. Appellant's family was told by the USPS the delay in delivery was due to the bad weather in the area the court is physically located, which is beyond Appellant's control. On March 04, 2015, the Clerk of this Court sent a notice to Appellant stating, inter alia, "The Court received but did not file Appellant's Brief because it was tendered to the Court after its due date." *Id*. (See Appendix C). Further, it advised Appellant the Court would not consider a late brief without a motion for extension of time that meets the requirements of Tex. R. App. P. 10.1(a) and that the motion must be filed within ten-days of the date of said notice (or by March 14, 2015) along with a $10.00 filing fee (See Appendix D)). Herein Appellant represents to this Honorable Court that he has diligently pursued his appellate rights and due to circumstances beyond his control described herein *supra*. Further, Appellant

3

has already been deemed indigent as the Clerk's Office knows or should know, so he is unable to submit the $10.00 filing fee required in the Clerk's Notice dated March 04, 2015. Moreover, in compliance with Rule 10.1(a), Appellant has sent a copy of the instant motion to the Appellee's attorney of record, Mr. Stillman, as indicated in his certificate of compliance and service incorporated into this motion, *infra*.

While Appellant feels he had complied substantially with the Clerk's Notice Appellant's Brief had not been filed on February 18, 2015, as demonstrated by the USPS certified mail receipt dated February 23, 2015, when he sent another copy of Appellant's Brief, along with his motion for extension of time before the deadline of February 28, 2015 to do so. He now is diligently attempting to cure any defect by following the instructions of the clerk's notice date of March 04, 2015 within the ten (10) days allowed by same to do so.

**WHEREFORE,** Appellant prays that this Court grant his request for extension for time by complying with the Clerk's Notice dated March 04, 2015, and direct the clerk to file his Appellant's Brief.

**SIGNED** on this the 5th day of March 2015.

Respectfully submitted,

**David A. Shepherd, Plaintiff, Pro se**
TDCJ-CID#00914828
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

4

## CERTIFICATE OF CONFERENCE

I, David A. Shepherd, Appellant, pro se, herein certify that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and IS unaware whether those parties oppose the instant motion.[2]

SIGNED on this the 5th day of February 2015.

_____
David A. Shepherd, Plaintiff, Pro se

---

[2] *See* Rule 10(a)(5), Tex. R. App. P. Appellant is an indigent imprisoned litigant who has this day, sent a copy of this motion to Appellee's attorney of record, (see certificate of service), which is his only ability to confer with all the other parties to this suit. (See Appendix E, copy of cover letter addressed to Mr. Stillman, counsel for Appellee).

## CERTIFICATE OF SERVICE

I, David A. Shepherd, TDCJ-CID#00914828, Plaintiff, pro se, herein certify that a true and correct copy of the foregoing instrument was sent to the Defendant in this matter, Lawrence B. Mitchell, by placing same, in a U.S. mail box, first-class, postage paid, addressed to his attorney of record:

**Kenneth M. Stillman**
Attorney at Law
12700 Park Central Drive, Ste. 1900
Dallas, Texas 75251

**SIGNED** on this the 5th day of February 2015.

_____
David A. Shepherd, Plaintiff, Pro se

**APPENDIX**

**A**



**Fifth Court of Appeals**
800 Commerce Street, Suite 200
Dallas, Texas 75202

March 4, 2015

RE:    Case No. 05-14-01235-CV

Style:  David Alan Shepherd
   v.   Lawrence Mitchell

The Court RECEIVED BUT DID NOT FILE Appellant's brief in the above referenced cause because the brief was tendered to the Court after the due date. The Court will not consider a late brief without a motion for extension of time that meets the requirements of Tex. R. App. P. 10.1(a). The extension motion and $10 filing fee are due to be filed within ten days.

Trial Court Case No. DC-10-07702                                                 Lisa Matz, Clerk

DAVID ALAN SHEPHERD
#914828 WYNNE
810 FM 2821
HUNTSVILLE, TX  77349



**Fifth Court of Appeals**
800 Commerce Street, Suite 200
Dallas, Texas 75202

March 4, 2015

RE:    Case No. 05-14-01235-CV

Style:  David Alan Shepherd
   v.   Lawrence Mitchell

The Court RECEIVED BUT DID NOT FILE Appellant's brief in the above referenced cause because the brief was tendered to the Court after the due date. The Court will not consider a late brief without a motion for extension of time that meets the requirements of Tex. R. App. P. 10.1(a). The extension motion and $10 filing fee are due to be filed within ten days.

Trial Court Case No. DC-10-07702                                                 Lisa Matz, Clerk

KENNETH M. STILLMAN
LAW OFFICE OF KENNETH M. STILLMAN
12700 PARK CENTRAL DR. STE 1900
DALLAS, TX  75251
* DELIVERED VIA E-MAIL *

# APPENDIX

## B

SUGAR LAND MPO
225 RAILAGE WAY
AR LAND, TX 77478-9998

02/23/2018                          08/52:33 PM

### Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| DALLAS, TX 75202-8631 | | | $3.29 |
| Zone-3 | | | |
| First-Class Mail® Large Envelope | | | |
| 0 lb. 11.50 oz. | | | |
| Expected Delivery Day Thursday, February 28. | | | |
| Certified Mail™ | | | $3.45 |
| USPS Certified Mail™; | | | |
| 9537 1060 1998 5054 0004 52 | | | |
| Issue Postage: | | | $6.45 |

Total:                                  $6.45

Paid by:
VISA                                    $6.45
   Account #:        XXXXXXXXXX3074
   Approval #:       201128
   Transaction #:    412
   23-902140177.99

SSK Transaction #:        58
USPS #                    468710-9550

To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
self-service kiosk (or any
self-service kiosk at other Postal
locations) or call 1-800-222-1811.

Thanks.
It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

**APPENDIX**

**C**



# USPS Tracking™

✉ **Customer Service ›**
Have questions? We're here to help.

Tracking Number: **9507100019965054000252**

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 2, 2015 , 6:14 pm | Delivered | DALLAS, TX 75202 |
| | | |
| February 26, 2015 , 4:03 am | Departed USPS Facility | DALLAS, TX 75260 |
| February 26, 2015 , 9:30 am | Arrived at USPS Facility | DALLAS, TX 75260 |
| February 24, 2015 , 11:34 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| February 23, 2015 , 6:53 pm | Acceptance (SSK) | SUGAR LAND, TX 77478 |

## Track Another Package

**Tracking (or receipt) number**

Track It

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

**APPENDIX**

**D**

FILE COPY



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

February 18, 2015

RE:   Case No. 05-14-01235-CV

Style: David Alan Shepherd
v.   Lawrence Mitchell

    The time for filing appellant's brief has expired. The appellant is directed to file within ten days both appellant's brief and an extension motion that complies with Tex. R. App. P. 10.1(a) and 10.5(b). If the brief and extension motion are not filed within the time specified this appeal will be dismissed. See Tex. R. App. P. 38.8(a)(1).

Trial Court Case No. DC-10-07702                                           Lisa Matz, Clerk

                   DAVID ALAN SHEPHERD
                   #914828 WYNNE
                   810 FM 2821
                   HUNTSVILLE, TX 77349



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

February 18, 2015

RE:   Case No. 05-14-01235-CV

Style: David Alan Shepherd
v.   Lawrence Mitchell

    The time for filing appellant's brief has expired. The appellant is directed to file within ten days both appellant's brief and an extension motion that complies with Tex. R. App. P. 10.1(a) and 10.5(b). If the brief and extension motion are not filed within the time specified this appeal will be dismissed. See Tex. R. App. P. 38.8(a)(1).

Trial Court Case No. DC-10-07702                                           Lisa Matz, Clerk

                   KENNETH M. STILLMAN
                   LAW OFFICE OF KENNETH M. STILLMAN
                   12700 PARK CENTRAL DR. STE 1900
                   DALLAS, TX 75251

**APPENDIX**

**E**

March 05, 2015                                         **Sent Via Certified Mail**

**Kenneth M. Stillman**
Attorney at Law
12700 Park Central Drive, Ste. 1900
Dallas, Texas 75251

Re:      *David Alan Shepherd v. Lawrence Mitchell*, Case No. 05-14-01235-CV;

         ➢   Enclosed documents


Dear Mr. Stillman:

Enclosed please find Appellant's Motion for Extension of Time to File Appellant's Brief, which was sent

to the clerk of the Court for filing this day. As I am incarcerated, there is no other way for me to confer

with you about the instant motion other than providing you with the true and correct copy enclosed herein

and therefore have no idea whether you will oppose this motion or not.

Thank you for your kind attention to this matter.



Sincerely,



David A. Shepherd, Plaintiff, Pro se
TDCJ-CID#00914828
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

Enclosures

Cc:     File

March 05, 2015

**Lisa Matz, Clerk**
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:    Case No. 05-14-01235-CV

Style: *David Alan Shepherd v. Lawrence Mitchell*

> ➢ Appellant Shepherd's Motion for Extension of Time and Advisory to Court

Dear Clerk:

Enclosed please find the original copy of Appellant Shepherd's Motion for Extension of Time and Advisory to Court, to be filed among the papers in the above-styled and numbered cause. Please bring this to the attention of the Court.

By copy of this letter, I am forwarding a copy of this instrument to the attorney of record representing the defendant/appellee, Mr. Kenneth M. Stillman, by placing same, first-class, certified mail, return receipt requested, postage paid, in a U.S. mail box on this the 5th day of March, 2015.

Thank you for your kind attention to this matter.

Sincerely,

**David A. Shepherd, Plaintiff, Pro se**
TDCJ-CID#00914828
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

Enclosures

Cc:    **Mr. Kenneth M. Stillman**
       Attorney at Law
       12700 Park Central Drive, Ste. 1900
       Dallas, Texas 75251

       File